# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Argued October 30, 2009
Decided November 2, 2009

*Before*

RICHARD D. CUDAHY, *Circuit Judge*

RICHARD A. POSNER, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| No. 08-2589 | |
| UNITED STATES OF AMERICA, | Appeal from the United States District Court for the Eastern District of Wisconsin |
| *Plaintiff-Appellee*, | |
| v. | No. 06 CR 64 |
| ALAN L. KLEBIG, | Charles N. Clevert, *Judge* |
| *Defendant-Appellant*. | |

### ORDER

The judgment of conviction is reversed, and the case will be remanded for a new trial. An opinion will follow in due course. In the meantime, the district court shall expeditiously conduct a hearing to determine whether the defendant should be released from custody pending retrial. The time in which to file a petition for rehearing is extended until 14 days after the court issues its opinion.

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit